# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                             CASE NO. 4:00cr53-RH/WCS
                                                        4:03cv220-RH/WCS

MELVIN BOYNTON,

    Defendant.

_____/

## ORDER DENYING RULE 60(b) MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 258), and the objections thereto (document 260). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion pursuant to Rule 60(b) is DENIED.

SO ORDERED this 26th day of May, 2006.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge